# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brecht, Elizabeth  
        Debtor(s)

CHAPTER 13

BKY. NO. 14-18690 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5353

                                Respectfully submitted,

                                **/s/Brian C. Nicholas, Esquire**  
                                Brian C. Nicholas, Esquire  
                                Thomas Puleo, Esquire  
                                KML Law Group, P.C.  
                                701 Market Street, Suite 5000  
                                Philadelphia, PA 19106-1532  
                                (215) 825-6306  FAX (215) 825-6406