UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:  Elizabeth Brecht                              CASE NO: 14-18690-jkf

                                                      CHAPTER:  13

**NOTICE OF CLAIM SATISFACTION AND LIEN RELEASE**

As to Claim 8 filed on 01/13/2015, Wells Fargo Bank, N.A. files this notice that its claim has been satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo will release its lien and submit the appropriate documents to the Debtor(s) \borrowers. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

11/14/19                                              /s/Santana Amanda Ricks

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on 11/14/19, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.