United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elizabeth Brecht  
       Debtor

Case No. 14-18690-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 17, 2020  
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
13881330       +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,    for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,    Ave, Ste 400 S, Houston, TX 77042-4559

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:  
         ANDREW SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Selene Finance LP bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JEANNE MARIE CELLA    on behalf of Debtor Elizabeth Brecht paralegal@lawjmc.com, pennduke@gmail.com  
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Headlands Residential 2018-RPL1 Owner Trust bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18690-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Elizabeth Brecht
250 Monmouth Terr
West Chester PA 19380

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/16/2020.

Name and Address of Alleged Transferor(s):

Claim No. 14: Wilmington Savings Fund Society FSB, dba Christiana Trust not indiv but trus, for Pretium Mortgage Acquisition Trust, c/o Selene Finance LP, 9990 Richmond, Ave, Ste 400 S, Houston, TX 77042

Name and Address of Transferee:

Headlands Residential 2018-RPL1 Owner Trust
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/19/20

Tim McGrath
**CLERK OF THE COURT**