```
                        United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                      Case No. 14-18690-jkf
Elizabeth Brecht                                            Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2        User: JEGilmore         Page 1 of 2         Date Rcvd: Feb 19, 2020
                            Form ID: 138NEW         Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Elizabeth Brecht,    250 Monmouth Terr,    West Chester, PA 19380-1149
cr             +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,     9990 Richmond Avenue,    Suite 400 South,
                 Houston, TX 77042-4546
13414897       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
13487600        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13414895       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13414896       +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13509147       +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13414903       +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
13414906       +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
13414909       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)
13436308        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
13414908       +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
                 Portland, OR 97208-3908
13456001        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
13511670       +Wells Fargo Bank, NA,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13881330       +Wilmington Savings Fund Society FSB,    dba Christiana Trust not indiv but trus,
                 for Pretium Mortgage Acquisition Trust,    c/o Selene Finance LP, 9990 Richmond,
                 Ave, Ste 400 S, Houston, TX 77042-4559
13479250        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 20 2020 03:58:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:58:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:44     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13414893       +E-mail/Text: ACF-EBN@acf-inc.com Feb 20 2020 03:57:13     Atlantic Crd,   Po Box 13386,
                 Roanoke, VA 24033-3386
13414894        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 03:46:08     Cach, Llc,
                 PO Box 10587,    Greenville, SC 29603-0587
13414898       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2020 03:57:51
                 Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13432180        E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13414899       +E-mail/Text: mrdiscen@discover.com Feb 20 2020 03:57:43     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13414900       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:44:43     GE Capital Cons Co./ HH Gregg,
                 P.O. Box 960061,    Orlando, FL 32896-0061
13414901       +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2020 03:43:38     GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
14453616       +E-mail/Text: bknotices@snsc.com Feb 20 2020 03:58:35
                 Headlands Residential 2018-RPL1 Owner Trust,    C/O SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
13414902        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 20 2020 03:57:46     IRS,    Atlanta, GA 39901
13414904       +E-mail/Text: bncnotices@becket-lee.com Feb 20 2020 03:57:45     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13494951        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 04:01:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13422947        E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2020 03:57:54
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13421457        E-mail/PDF: rmscedi@recoverycorp.com Feb 20 2020 03:46:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13414907       +E-mail/PDF: pa_dc_claims@navient.com Feb 20 2020 03:44:48     Slm Financial Corp,
                 11100 Usa Pkwy,    Fishers, IN 46037-9203
13414910       +E-mail/Text: BKRMailOps@weltman.com Feb 20 2020 03:58:09     Weltman, Weinberg & Reis,
                 325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: 138NEW              Total Noticed: 36
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
13450195      ##+Jeanne Marie Cella, Esq.,    Black, Stranick & Cella, P.C.,    327 W. Front St.,
               Media, PA 19063-2340
13414905      ##+Monarch Recovery Management Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Selene Finance LP bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              BRIAN E. CAINE    on behalf of Creditor    Headlands Residential 2018-RPL1 Owner Trust
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              JEANNE MARIE CELLA    on behalf of Debtor Elizabeth  Brecht paralegal@lawjmc.com,
               pennduke@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Headlands Residential 2018-RPL1 Owner Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Elizabeth Brecht
    Debtor(s)

Bankruptcy No: 14–18690–jkf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


                For The Court
                Timothy B. McGrath
                Clerk of Court

Dated: 2/19/20

72 – 71
Form 138_new