United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-18690-jkf
Elizabeth Brecht                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Mar 13, 2020
                             Form ID: 3180W        Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db            +Elizabeth Brecht,   250 Monmouth Terr,   West Chester, PA 19380-1149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:29    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:49
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:15    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13414894        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 03:39:42    Cach, Llc,
                PO Box 10587,   Greenville, SC 29603-0587
13487600        EDI: BL-BECKET.COM Mar 14 2020 07:19:00    Capital One, N.A.,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
13432180        EDI: DISCOVER.COM Mar 14 2020 07:19:00    Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
13509147       +EDI: ECMC.COM Mar 14 2020 07:18:00    ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
14453616       +E-mail/Text: bknotices@snsc.com Mar 14 2020 03:44:53
                Headlands Residential 2018-RPL1 Owner Trust,   C/O SN Servicing Corp.,   323 5th Street,
                Eureka, CA 95501-0305
13414902        EDI: IRS.COM Mar 14 2020 07:19:00    IRS,   Atlanta, GA 39901
13494951        EDI: PRA.COM Mar 14 2020 07:18:00    Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13422947        EDI: Q3G.COM Mar 14 2020 07:18:00    Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
13436308        EDI: WFFC.COM Mar 14 2020 07:19:00    Wells Fargo Bank NA,   PO Box 10438,
                Des Moines IA   50306-0438
13456001        EDI: WFFC.COM Mar 14 2020 07:19:00    Wells Fargo Bank, N.A.,   Home Equity Group,
                1 Home Campus  X2303-01A,   Des Moines, IA 50328-0001
13479250        EDI: ECAST.COM Mar 14 2020 07:19:00    eCAST Settlement Corporation, assignee,
                of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                        TOTAL: 14


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13450195    ##+Jeanne Marie Cella, Esq.,   Black, Stranick & Cella, P.C.,   327 W. Front St.,
               Media, PA 19063-2340
                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          BRIAN CRAIG NICHOLAS   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
           Selene Finance LP bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          BRIAN E. CAINE   on behalf of Creditor   Headlands Residential 2018-RPL1 Owner Trust
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com

District/off: 0313-2          User: admin          Page 2 of 2          Date Rcvd: Mar 13, 2020
                             Form ID: 3180W         Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          JEANNE MARIE CELLA    on behalf of Debtor Elizabeth  Brecht paralegal@lawjmc.com,
            pennduke@gmail.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Headlands Residential 2018-RPL1 Owner Trust
            bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 9

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Elizabeth Brecht** | | Social Security number or ITIN | **xxx–xx–1685** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | |
| Case number: | **14–18690–jkf** | | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Elizabeth Brecht

3/12/20

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                      **Chapter 13 Discharge**                                      page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2